IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEPHEN VAUGHN, )<br>    Petitioner, ) | Case No. 7:23-cv-00055 |
| )| |
| v. ) | |
| ) | By: Michael F. Urbanski |
| UNKNOWN, ) | Chief United States District Judge |
|     Respondent. ) | |

## ORDER

Petitioner Stephen Vaughn, a federal inmate proceeding pro se, filed this action as a petition for writ of habeas corpus under 28 U.S.C. § 2241. For the following reasons, the action is **DISMISSED** without prejudice.

A § 2241 petition must be filed in the district of confinement. Hahn v. Moseley, 931 F.3d 295, 300 (4th Cir. 2019); In re Jones, 226 F.3d 328, 332 (4th Cir. 2000). Although Vaughn was convicted in the Western District of Virginia, he is serving his sentence at a federal prison in Memphis, Tennessee, which is located in the Western District of Tennessee. Because Vaughn is not incarcerated in this district, his petition is not properly before this court.

Moreover, the court is unable to find that the interest of justice would be served by transferring the petition to the appropriate district, since the petition appears to be premature. See 28 U.S.C. § 1631. If Vaughn wishes to challenge a determination made by the Bureau of Prisons relating to the execution of his sentence, "he must first exhaust his administrative remedies with the Bureau." United States v. Bragg, 619 F. App'x 532, 533 (7th Cir. 2015); see also United States v. Harbison, 148 F. App'x 187, 188 (4th Cir. 2005) (explaining that any challenge to the execution of a federal inmate's sentence must brought under § 2241, "after

exhaustion of remedies through the Bureau of Prisons"). "The Bureau of Prisons provides administrative remedies pursuant to 28 C.F.R. §§ 542.10-542.19." <u>Bragg</u>, 619 F. App'x at 533. If Vaughn "is unable to obtain a satisfactory result from the Bureau of Prisons, he will then be able to bring a § 2241 action naming the warden having custody over him . . . in the district where he is incarcerated." <u>Id.</u> at 534 (internal citations omitted).

For these reasons, it is hereby **ORDERED** that this action is **DISMISSED** without prejudice. The Clerk shall **STRIKE** the case from the active docket of this court and provide a copy of this order to the petitioner.

It is so **ORDERED**.

Entered: February 21, 2023

*Digitally signed by Michael F. Urbanski, Chief U.S. District Judge*
*Date: 2023.02.21 14:08:32 -05'00'*

Michael F. Urbanski
Chief United States District Judge